**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NOEL VELASQUEZ,                                :

                                                             :            Civil Action No. 11-2075 (SRC)

                                           Plaintiff,      :

                                                             :                    **ORDER**

                        v.                                :

                                                             :

CITY OF PASSAIC,                            :

                                                             :

                                     Defendant.         :

                                                             :

                                                             :

**CHESLER**, District Judge

        This matter having come before the Court on the January 13, 2012 Report and

Recommendation ("R&R") issued by Magistrate Judge Michael A. Shipp [docket entry 10]; and

no objections to the R&R having been filed; and the Court having reviewed the R&R; and for the

reasons expressed in the Opinion filed herewith,

        **IT IS** on this 31st day of January, 2012,

        **ORDERED** that Magistrate Judge Shipp's January 13, 2012 R&R [docket entry 10] is

adopted as the opinion of the Court; and it is further

        **ORDERED** that Plaintiff's Complaint be and hereby is **DISMISSED** pursuant to Federal

Rule of Civil Procedure 37.

                                                   s/Stanley R. Chesler
                                                STANLEY R. CHESLER
                                                United States District Judge